ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| ALMCO, Ltd. | ) ASBCA Nos. 60555, 60718 |
| | ) |
| Under Contract Nos. W912ER-10-C-0013 | ) |
| W5J9JE-10-C-0060 | ) |

APPEARANCE FOR THE APPELLANT:        Christopher M. Mills, Esq.
                                     Wiley Rein LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Thomas J. Warren, Esq.
                                       Acting Engineer Chief Trial Attorney
                                     James D. Stephens, Esq.
                                       Engineer Trial Attorney
                                     U.S. Army Engineer District, Middle East
                                     Winchester, VA

## ORDER OF DISMISSAL

The parties submitted a Joint Motion for Dismissal with Prejudice on 17 January 2018. The dispute underlying these appeals has been settled. Accordingly, the above referenced appeals are dismissed with prejudice.

Dated: 23 January 2018

_____
CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60555, 60718, Appeals of ALMCO, Ltd., rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals